UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

EDWARD COOPER, : Civil No. 09-2970 (JBS)
:
        Petitioner, :
:
   v. : **ORDER**
:
WARDEN GRONDOLSKY, :
:
        Respondents. :
_____:

    For the reasons expressed in the Memorandum Opinion filed with this Order,

    IT IS on this **8th** day of **July**, 2009,

    ORDERED that, within 20 days of the date of the entry of this Order, Petitioner shall either pay the $5.00 filing fee or submit an application to proceed in forma pauperis; and it is further

    ORDERED that the Petition is DISMISSED without prejudice for failure to exhaust administrative remedies; and it is finally

    ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail and shall close the file.

                                        **s/ Jerome B. Simandle**
                                        **JEROME B. SIMANDLE, U.S.D.J.**